No. 76–1190.  FASSNACHT ET UX. *v.* SPECTER ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–1196.  CONFEDERATION OF POLICE ET AL. *v.* CITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 76–1205.  AMERICAN AIRLINES, INC., ET AL. *v.* WORLD AIRWAYS, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 76–1214.  BURGDORF *v.* BOARD OF TRUSTEES OF WOODLAND JOINT UNIFIED SCHOOL DISTRICT ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 76–1238.  FREDEMAN ET AL. *v.* UNITED STATES.  Temp. Emerg. Ct. App.  Certiorari denied.

No. 76–1251.  FORD MOTOR CO. ET AL. *v.* FEDERAL TRADE COMMISSION.  C. A. 6th Cir.  Certiorari denied.

No. 76–1263.  FIRST NATIONAL BANK OF CHICAGO *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 76–1264.  TABER INSTRUMENT CORP. ET AL. *v.* RAAB.  C. A. 2d Cir.  Certiorari denied.

No. 76–1276.  EDWARDS *v.* WARDEN, KENTUCKY STATE PENITENTIARY.  C. A. 6th Cir.  Certiorari denied.

No. 76–1277.  MARYLAND *v.* JONES.  Ct. App. Md.  Certiorari denied.

No. 76–1278.  ADAMS ET AL. *v.* FEDERAL EXPRESS CORP.  C. A. 6th Cir.  Certiorari denied.